AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   25-10209MJ |
| Lucas Christian Felix, | ) | |
| aka Luke Felix-Rose | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: 405 West Congress Street, Tucson, AZ 85701 | Courtroom No.:   SPC |
|---|---|
| | Date and Time:   12/18/25   at 2:00pm |

This offense is briefly described as follows:

Depradation of Government Property, in violation of Title 18, United States Code, Section 1361.

Date:   12/12/2025

*Eric J. Markovich*
*Issuing officer's signature*

Eric J. Markovich, U.S. Magistrate Judge
*Printed name and title*

I declare under penalty of perjury that I have:

☑ Executed and returned this summons   ☐ Returned this summons unexecuted

Date:   12/12/2025

*Server's signature*

Kavesh Gieowar-Singh, Special Agent
*Printed name and title*

AO 83 (Rev. 06/09)  Summons in a Criminal Case (Page 2)

Case No.  25-10209MJ

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

### INFORMATION FOR SERVICE

Name of defendant/offender:   Lucas Christian Felix aka Luke Felix-Rose

Last known residence:   27 E. University Blvd. Tucson, Arizona 85705

Usual place of abode *(if different from residence address):*

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process:

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States:

### PROOF OF SERVICE

This summons was received by me on *(date)*  12/12/2025 .

☑ I personally served the summons on this defendant Lucas Christian Felix aka Luke Felix-rose at
*(place)* Vicinity of 27 E University Blvd, Tucson, AZ on *(date)* 12/12/2025 ; or

❐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode
with *(name)* _____ , a person of suitable age and discretion who resides
there, and I mailed a copy to the individual's last known address; or

❐ I delivered a copy of the summons to *(name of individual)* _____ ,
who is authorized to receive service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ and I mailed a copy to
the organizations's last known address within the district or to its principal place of business elsewhere in the
United States; or

❐ The summons was returned unexecuted because: _____
_____ .

I declare under penalty of perjury that this information is true.

Date returned:  12/12/2025

_____
*Server's signature*

Kavesh Gieowar-Singh, Special Agent
*Printed name and title*

Remarks:

Print    Save As...    Reset